# Court of Appeals, State of Michigan

## ORDER

Manchester Colony LLC v Gary Novara

Docket No.   316369

LC No.   12-125889 CK

Joel P. Hoekstra
Presiding Judge

Kurtis T. Wilder

Karen M. Fort Hood
Judges

The Court orders that the September 19, 2014 opinion is hereby AMENDED. The opinion contained the following clerical error: Page 1, section I, paragraph 2, line 3, the word "a" between the words "that" and "questions" shall be stricken.

In all other respects, the September 19, 2014 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 07 2014

Date

Chief Clerk